AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Jacob Kyle Wiedrich

)
)
)
)
)
)

Case: 1:21-mj-00535
Assigned To : Faruqui, Zia M.
Assign. Date : 7/21/2021
Description: COMPLAINT W/ ARREST WARRANT

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Jacob Kyle Wiedrich                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)(Entering or Remaining in any Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building).

2021.07.21
19:46:53 -04'00'

Date:     07/21/2021                              _____
                                                  *Issuing officer's signature*

City and state:     Washington, D.C.             Zia M. Faruqui, U.S. Magistrate Judge
                                                  *Printed name and title*

| Return |
|--------|

This warrant was received on *(date)* 07.21.2021 , and the person was arrested on *(date)* 07.29.2021
at *(city and state)* Salt Lake City, UT .

Date: 07.30.2021                        _____
                                        *Arresting officer's signature*

                                        Michelle E Cammack, Special Agent
                                        *Printed name and title*