# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.   )<br>)<br>**JACOB KYLE WIEDRICH,**   )<br>)<br>   **Defendant.**   )<br>_____ ) | No. 21-mj-535 (ZMF) |

## RESPONSE TO MOTION FOR PROTECTIVE ORDER

Defendant, Jacob Wiedrich, through counsel, has reviewed the government's motion for protective order filed on August 5, 2021. See ECF Dkt. No. 7. Mr. Wiedrich does not oppose the terms of this proposed order and attached to this response is his signed acceptance.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Maria_Jacob@fd.org