UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:21-MJ-535 |
| | : | |
| JACOB KYLE WIEDRICH, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated August 26, 2021, be made part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

August 26, 2021

Maria Jacob
Assistant Federal Public Defender
maria_jacob@fd.org

    RE:    U.S. v. Jacob Kyle Wiedrich (1:21-MJ-535)

Dear Counsel,

    Pursuant to our discovery obligations, we have provided the following files via USAfx on August 26, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date. The following files have all been designated as "Sensitive" pursuant to the terms of the Protective Order:

1. 266T-SU-3370884-CE_0000001.pdf
2. 266T-SU-3370884-FISUR_0000001.pdf
3. 266T-SU-3370884-FISUR_0000002.pdf
4. 266T-SU-3370884-FISUR_0000002_1A0000011_0000001_PHYSICAL.pdf
5. 266T-SU-3370884-FISUR_0000003.pdf
6. 266T-SU-3370884-FISUR_0000003_1A0000010_0000001_PHYSICAL.pdf
7. 266T-SU-3370884-FISUR_0000004.pdf
8. 266T-SU-3370884-FISUR_0000005.pdf
9. 266T-SU-3370884-FISUR_0000005_1A0000001_0000001_PHYSICAL.pdf
10. 266T-SU-3370884-FISUR_0000006.pdf
11. 266T-SU-3370884-FISUR_0000007.pdf
12. 266T-SU-3370884-FISUR_0000007_1A0000002_0000001_PHYSICAL.pdf
13. 266T-SU-3370884-GJ_0000001.pdf
14. 266T-SU-3370884-GJ_0000002.pdf
15. 266T-SU-3370884-GJ_0000002_Import.pdf
16. 266T-SU-3370884_0000001.pdf

17. 266T-SU-3370884_0000001_1A0000001_0000001.jpg
18. 266T-SU-3370884_0000001_1A0000001_0000002.jpg
19. 266T-SU-3370884_0000001_1A0000001_0000003.jpg
20. 266T-SU-3370884_0000001_1A0000002_0000001.mov
21. 266T-SU-3370884_0000001_1A0000002_0000002.mov
22. 266T-SU-3370884_0000001_1A0000003_0000001.pdf
23. 266T-SU-3370884_0000001_1A0000003_0000002.pdf
24. 266T-SU-3370884_0000001_1A0000003_0000003.pdf
25. 266T-SU-3370884_0000002.pdf
26. 266T-SU-3370884_0000003.pdf
27. 266T-SU-3370884_0000003_Import.pdf
28. 266T-SU-3370884_0000004.pdf
29. 266T-SU-3370884_0000004_Import.msg
30. 266T-SU-3370884_0000005.pdf
31. 266T-SU-3370884_0000005_Import.msg
32. 266T-SU-3370884_0000006.pdf
33. 266T-SU-3370884_0000006_Import.txt
34. 266T-SU-3370884_0000007.pdf
35. 266T-SU-3370884_0000008.pdf
36. 266T-SU-3370884_0000008_1A0000004_0000001.docx
37. 266T-SU-3370884_0000008_1A0000004_0000002.docx
38. 266T-SU-3370884_0000008_Import.pdf
39. 266T-SU-3370884_0000009.pdf
40. 266T-SU-3370884_0000009_Import.pdf
41. 266T-SU-3370884_0000010.pdf
42. 266T-SU-3370884_0000010_1A0000005_0000001.pdf
43. 266T-SU-3370884_0000011.pdf
44. 266T-SU-3370884_0000011_1A0000006_0000001.pdf
45. 266T-SU-3370884_0000011_1A0000006_0000002.pdf
46. 266T-SU-3370884_0000011_1A0000006_0000003.pdf
47. 266T-SU-3370884_0000011_1A0000006_0000004.pdf
48. 266T-SU-3370884_0000011_1A0000006_0000005.pdf
49. 266T-SU-3370884_0000011_1A0000006_0000006.pdf
50. 266T-SU-3370884_0000012.pdf
51. 266T-SU-3370884_0000013.pdf
52. 266T-SU-3370884_0000013_Import.pdf
53. 266T-SU-3370884_0000014.pdf
54. 266T-SU-3370884_0000014_1A0000007_0000001.pdf
55. 266T-SU-3370884_0000014_1A0000007_0000002.pdf
56. 266T-SU-3370884_0000014_1A0000007_0000003.pdf
57. 266T-SU-3370884_0000015.pdf
58. 266T-SU-3370884_0000016.pdf
59. 266T-SU-3370884_0000016_1A0000008_0000001.xlsx
60. 266T-SU-3370884_0000017.pdf
61. 266T-SU-3370884_0000017_1A0000009_0000001.pdf
62. 266T-SU-3370884_0000017_1A0000009_0000002.jpg

63. 266T-SU-3370884_0000018.pdf
64. 266T-SU-3370884_0000018_1A0000010_0000001_PHYSICAL.pdf
65. 266T-SU-3370884_0000019.pdf
66. 266T-SU-3370884_0000019_1A0000011_0000001_PHYSICAL.pdf
67. 266T-SU-3370884_0000020.pdf
68. 266T-SU-3370884_0000021.pdf
69. 266T-SU-3370884_0000022.pdf
70. 266T-SU-3370884_0000022_1A0000012_0000001.pdf
71. 266T-SU-3370884_0000023.pdf
72. 266T-SU-3370884_0000023_1A0000013_0000001.pdf
73. 266T-SU-3370884_0000023_1A0000013_0000002.pdf
74. 266T-SU-3370884_0000023_1A0000014_0000001_PHYSICAL.pdf
75. 266T-SU-3370884_0000024.pdf
76. 266T-SU-3370884_0000024_1A0000015_0000001.pdf
77. 266T-SU-3370884_0000025.pdf
78. 266T-SU-3370884_0000026.pdf
79. 266T-SU-3370884_0000026_1A0000016_0000001.pdf
80. 266T-SU-3370884_0000026_Import.pdf
81. 266T-SU-3370884_0000027.pdf
82. 266T-SU-3370884_0000028.pdf
83. 266T-SU-3370884_0000031.pdf
84. 266T-SU-3370884_0000032.pdf
85. 266T-SU-3370884_0000033.pdf
86. 266T-SU-3370884_0000033_1A0000018_0000001.pdf
87. 266T-SU-3370884_0000033_1A0000018_0000002.pdf
88. 266T-SU-3370884_0000033_Import.pdf
89. 266T-SU-3370884_0000034.pdf
90. 266T-SU-3370884_0000035.pdf
91. 266T-SU-3370884_0000035_1A0000019_0000001.pdf
92. 266T-SU-3370884_0000035_1A0000020_0000001.pdf
93. 266T-SU-3370884_0000036.pdf
94. 266T-SU-3370884_0000036_Import.pdf
95. 266T-SU-3370884_0000037.pdf
96. 266T-SU-3370884_0000037_1A0000021_0000001.pdf
97. 266T-SU-3370884_0000037_1A0000021_0000002_PHYSICAL.pdf
98. 266T-SU-3370884_0000037_1A0000021_0000003.pdf
99. 266T-SU-3370884_0000037_1A0000021_0000004.pdf
100. wiedrich with US flag.jpg

The following files have all been designated as "Highly Sensitive" pursuant to the terms of the Protective Order:

101. 0102USCS01SenateWingDoornearS139_2021-01-06_14h29min14s837ms.mp4
102. 0102USCS01SenateWingDoornearS139_2021-01-06_14h38min11s470ms.mp4
103. 0102USCS01SenateWingDoornearS139_2021-01-06_14h47min08s147ms.mp4
104. 0102USCS01SenateWingDoornearS139_2021-01-06_14h56min05s277ms.mp4

105. Wiedrich Capitol Summary.mp4
106. Wiedrich in house wing.pdf
107. wiedrich ppt.pdf
108. wiedrich .ppt.pptm

I am also hereby notifying you that we will make devices (in their entirety) seized in the search warrant available for your review upon request.   The search of these devices is ongoing.  Relevant evidence within the scope of the warrant will be extracted and provided to you in future discovery rounds.   However, the entire devices will not be provided as part of discovery, and they will only be made available for your review should you desire.   The devices seized in the warrant are as follows:

- APPLE LAPTOP
- CELL PHONE
- HARD DRIVE
- ONE BLACK IN COLOR APPLE IPHONE WITH CASE

Additional evidence seized in the search warrant of Defendant's residence includes:
- MAGA HAT
- RED BACK PACK
- PEACH IN COLOR HOODIE
- U.S. FLAG
- DESK TOP COMPUTER
- EAGLE FLAG POLE TOPPER
- MASK
- WALKIE TALKIES
- COAT

Likewise, I am also hereby notifying you that we will make social media accounts (in their entirety) seized in the search warrant available for your review upon request.   In this case, the Defendant's Snapchat account with the username kingbuddha27 was seized and searched.  Some of the files from this search have already been provided in the records noted above. (For example, see records 266T-SU-3370884_0000001_1A0000002_0000001.mov and 266T-SU-3370884_0000001_1A0000002_0000002.mov).

I am also hereby notifying you that significant surveillance, including aerial surveillance, was conducted by the FBI of Defendant and his residence.   This first round of discovery includes the surveillance reports.   However, the FBI has a large amount of data comprised of pictures and videos taken of Defendant and his residence.   Because this data has no evidentiary value in establishing the guilt or innocence of the Defendant related to his actions on January 6, 2021, this surveillance data will not be produced as part of discovery; however, it is available for your review upon request.

Outstanding discovery that will be provided in the next round, as soon as it becomes available, includes photographs of the search of the Defendant's residence and AT&T subscriber records produced to the United States.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney