# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:21-MJ-535 |
| | : | |
| JACOB KYLE WIEDRICH, | : | |
| | : | |
| Defendant. | : | |

# NOTICE OF FILING

The Government requests that the attached discovery letter, dated August 27, 2021, be made part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

August 27, 2021

Maria Jacob
Assistant Federal Public Defender
maria_jacob@fd.org

      RE:    U.S. v. Jacob Kyle Wiedrich (1:21-MJ-535)

Dear Counsel,

      Pursuant to our discovery obligations, we have provided the following files via USAfx on August 27, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date. The following files have all been designated as "Sensitive" pursuant to the terms of the Protective Order:

Snapchat (folder)
1. chat~media_v4~2020-11-26-05-58-34UTC~kingbuddha27~on3chance~saved~b~EiQSFU9kRE1tWXJMSnJtNEl0SGIxUEJ5TxoAGgAyAQFIAlAEYAE~v4.jpeg
2. chat~media_v4~2020-12-16-06-28-30UTC~kingbuddha27~carlyjo.07~saved~b~EiQSFW5COGxuMk4wYVlUUnJUUTR0cnM1YRoAGgAyAQFIAlAEYAE~v4.zip.jpeg
3. chat~media_v4~2020-12-16-06-28-30UTC~kingbuddha27~carlyjo.07~saved~b~EiQSFW5COGxuMk4wYVlUUnJUUTR0cnM1YRoAGgAyAQFIAlAEYAE~v4.zip.mp4
4. chat~media_v4~2020-12-25-01-37-16UTC~kingbuddha27~wolfpower98~saved~b~EiQSFVhrR2tJZHdGTDUzdGxzclJSMDUxcxoAGgAyAQFIAlAEYAE~v4.mp4
5. chat~media_v4~2021-01-06-19-54-14UTC~gabehamideh~kingbuddha27~saved~b~EiQSFTBXZDMxc1lDWG9laW4yNEt4M2dkWRoAGgAyAQRIDVAEYAE~v4.mp4

6. chat~media_v4~2021-01-06-23-13-26UTC~rhybuttt~kingbuddha27~saved~b~EiQSFWZzeXltT1o1azZ4UmtBNld0TzZqWBoAGgAyAQRIDlAEYAE~v4.mp4
7. chat~media_v4~2021-01-07-01-31-21UTC~nickthewolfboy~kingbuddha27~saved~b~EiQSFWNuTWRSalpvSFlaMzJvZ21kQkdtMhoAGgAyAQFIAlAEYAE~v4.jpeg
8. chat~media_v4~2021-01-07-03-59-21UTC~janae-nae143~kingbuddha27~saved~b~EiQSFWJxcHFFcnRLVVh5MzQyUTJqaXY5UxoAGgAyAQRIFVAEYAE~v4.zip.mp4
9. chat~media_v4~2021-01-08-19-17-13UTC~kingbuddha27~stevenpsaras~saved~b~EiQSFWtZd0hRS0J2czZOQXBNS2NYQms3ZRoAGgAyAQFIAlAEYAE~v4.mp4
10. chat~media_v4~2021-01-08-19-17-13UTC~kingbuddha27~stevenpsaras~saved~b~EiQSFXY5VlBISlBCQkl0aUJObzZWRXJ3ahoAGgAyAQFIAlAEYAE~v4.mp4
11. chat~media_v4~2021-01-08-19-17-54UTC~kingbuddha27~stevenpsaras~saved~b~EiQSFVhvbjZ1eWQwazNVa2JZMUNQZVRMcxoAGgAyAQFIAlAEYAE~v4.mp4

Search Warrant Pictures (folder)
12. _DSC0001.JPG
13. _DSC0001.NEF
14. _DSC0002.JPG
15. _DSC0002.NEF
16. _DSC0003.JPG
17. _DSC0003.NEF
18. _DSC0004.JPG
19. _DSC0004.NEF
20. _DSC0005.JPG
21. _DSC0005.NEF
22. _DSC0006.JPG
23. _DSC0006.NEF
24. _DSC0007.JPG
25. _DSC0007.NEF
26. _DSC0008.JPG
27. _DSC0008.NEF
28. _DSC0009.JPG
29. _DSC0009.NEF
30. _DSC0010.JPG
31. _DSC0010.NEF
32. _DSC0011.JPG
33. _DSC0011.NEF
34. _DSC0012.JPG
35. _DSC0012.NEF
36. _DSC0013.JPG
37. _DSC0013.NEF

38. _DSC0014.JPG
39. _DSC0014.NEF
40. _DSC0015.JPG
41. _DSC0015.NEF
42. _DSC0016.JPG
43. _DSC0016.NEF
44. _DSC0017.JPG
45. _DSC0017.NEF
46. _DSC0018.JPG
47. _DSC0018.NEF
48. _DSC0019.JPG
49. _DSC0019.NEF
50. _DSC0020.JPG
51. _DSC0020.NEF
52. _DSC0021.JPG
53. _DSC0021.NEF
54. _DSC0022.JPG
55. _DSC0022.NEF
56. _DSC0023.JPG
57. _DSC0023.NEF
58. _DSC0024.JPG
59. _DSC0024.NEF
60. _DSC0025.JPG
61. _DSC0025.NEF
62. _DSC0026.JPG
63. _DSC0026.NEF
64. _DSC0027.JPG
65. _DSC0027.NEF
66. _DSC0028.JPG
67. _DSC0028.NEF
68. _DSC0029.JPG
69. _DSC0029.NEF
70. _DSC0030.JPG
71. _DSC0030.NEF
72. _DSC0031.JPG
73. _DSC0031.NEF
74. _DSC0032.JPG
75. _DSC0032.NEF
76. _DSC0033.JPG
77. _DSC0033.NEF
78. _DSC0034.JPG
79. _DSC0034.NEF
80. _DSC0035.JPG
81. _DSC0035.NEF
82. _DSC0036.JPG
83. _DSC0036.NEF

84. _DSC0037.JPG
85. _DSC0037.NEF
86. _DSC0038.JPG
87. _DSC0038.NEF
88. _DSC0039.JPG
89. _DSC0039.NEF
90. _DSC0040.JPG
91. _DSC0040.NEF
92. _DSC0041.JPG
93. _DSC0041.NEF
94. _DSC0042.JPG
95. _DSC0042.NEF
96. _DSC0043.JPG
97. _DSC0043.NEF
98. _DSC0044.JPG
99. _DSC0044.NEF
100. _DSC0045.JPG
101. _DSC0045.NEF
102. _DSC0046.JPG
103. _DSC0046.NEF
104. _DSC0047.JPG
105. _DSC0047.NEF
106. _DSC0048.JPG
107. _DSC0048.NEF
108. _DSC0049.JPG
109. _DSC0049.NEF
110. _DSC0050.JPG
111. _DSC0050.NEF
112. _DSC0051.JPG
113. _DSC0051.NEF
114. _DSC0052.JPG
115. _DSC0052.NEF
116. _DSC0053.JPG
117. _DSC0053.NEF
118. _DSC0054.JPG
119. _DSC0054.NEF
120. _DSC0055.JPG
121. _DSC0055.NEF
122. _DSC0056.JPG
123. _DSC0056.NEF
124. _DSC0057.JPG
125. _DSC0057.NEF
126. _DSC0058.JPG
127. _DSC0058.NEF
128. _DSC0059.JPG
129. _DSC0059.NEF

130. _DSC0060.JPG
131. _DSC0060.NEF
132. _DSC0061.JPG
133. _DSC0061.NEF
134. _DSC0062.JPG
135. _DSC0062.NEF
136. _DSC0063.JPG
137. _DSC0063.NEF
138. _DSC0064.JPG
139. _DSC0064.NEF
140. _DSC0065.JPG
141. _DSC0065.NEF
142. _DSC0066.JPG
143. _DSC0066.NEF
144. _DSC0067.JPG
145. _DSC0067.NEF
146. _DSC0068.JPG
147. _DSC0068.NEF
148. _DSC0069.JPG
149. _DSC0069.NEF
150. _DSC0070.JPG
151. _DSC0070.NEF
152. _DSC0071.JPG
153. _DSC0071.NEF
154. _DSC0072.JPG
155. _DSC0072.NEF
156. _DSC0073.JPG
157. _DSC0073.NEF
158. _DSC0074.JPG
159. _DSC0074.NEF
160. _DSC0075.JPG
161. _DSC0075.NEF
162. _DSC0076.JPG
163. _DSC0076.NEF
164. _DSC0077.JPG
165. _DSC0077.NEF
166. _DSC0078.JPG
167. _DSC0078.NEF
168. _DSC0079.JPG
169. _DSC0079.NEF
170. _DSC0080.JPG
171. _DSC0080.NEF
172. _DSC0081.JPG
173. _DSC0081.NEF
174. _DSC0082.JPG
175. _DSC0082.NEF

176. \_DSC0083.JPG
177. \_DSC0083.NEF
178. \_DSC0084.JPG
179. \_DSC0084.NEF
180. \_DSC0085.JPG
181. \_DSC0085.NEF
182. \_DSC0086.JPG
183. \_DSC0086.NEF
184. \_DSC0087.JPG
185. \_DSC0087.NEF
186. \_DSC0088.JPG
187. \_DSC0088.NEF
188. \_DSC0089.JPG
189. \_DSC0089.NEF
190. \_DSC0090.JPG
191. \_DSC0090.NEF
192. \_DSC0091.JPG
193. \_DSC0091.NEF
194. \_DSC0092.JPG
195. \_DSC0092.NEF
196. \_DSC0093.JPG
197. \_DSC0093.NEF
198. \_DSC0094.JPG
199. \_DSC0094.NEF
200. \_DSC0095.JPG
201. \_DSC0095.NEF
202. \_DSC0096.JPG
203. \_DSC0096.NEF
204. \_DSC0097.JPG
205. \_DSC0097.NEF
206. \_DSC0098.JPG
207. \_DSC0098.NEF
208. \_DSC0099.JPG
209. \_DSC0099.NEF
210. \_DSC0100.JPG
211. \_DSC0100.NEF
212. \_DSC0101.JPG
213. \_DSC0101.NEF
214. \_DSC0102.JPG
215. \_DSC0102.NEF
216. \_DSC0103.JPG
217. \_DSC0103.NEF
218. \_DSC0104.JPG
219. \_DSC0104.NEF
220. \_DSC0105.JPG
221. \_DSC0105.NEF

222. _DSC0106.JPG
223. _DSC0106.NEF
224. _DSC0107.JPG
225. _DSC0107.NEF
226. _DSC0108.JPG
227. _DSC0108.NEF
228. _DSC0109.JPG
229. _DSC0109.NEF
230. _DSC0110.JPG
231. _DSC0110.NEF
232. _DSC0111.JPG
233. _DSC0111.NEF
234. _DSC0112.JPG
235. _DSC0112.NEF
236. _DSC0113.JPG
237. _DSC0113.NEF
238. _DSC0114.JPG
239. _DSC0114.NEF
240. _DSC0115.JPG
241. _DSC0115.NEF
242. _DSC0116.JPG
243. _DSC0116.NEF
244. _DSC0117.JPG
245. _DSC0117.NEF
246. _DSC0118.JPG
247. _DSC0118.NEF
248. _DSC0119.JPG
249. _DSC0119.NEF
250. _DSC0120.JPG
251. _DSC0120.NEF
252. _DSC0121.JPG
253. _DSC0121.NEF
254. _DSC0122.JPG
255. _DSC0122.NEF
256. _DSC0123.JPG
257. _DSC0123.NEF
258. _DSC0124.JPG
259. _DSC0124.NEF
260. _DSC0125.JPG
261. _DSC0125.NEF
262. _DSC0126.JPG
263. _DSC0126.NEF
264. _DSC0127.JPG
265. _DSC0127.NEF
266. _DSC0128.JPG
267. _DSC0128.NEF

268. _DSC0129.JPG
269. _DSC0129.NEF
270. _DSC0130.JPG
271. _DSC0130.NEF
272. _DSC0131.JPG
273. _DSC0131.NEF
274. _DSC0132.JPG
275. _DSC0132.NEF
276. _DSC0133.JPG
277. _DSC0133.NEF
278. _DSC0134.JPG
279. _DSC0134.NEF
280. _DSC0135.JPG
281. _DSC0135.NEF
282. _DSC0136.JPG
283. _DSC0136.NEF
284. _DSC0137.JPG
285. _DSC0137.NEF
286. _DSC0138.JPG
287. _DSC0138.NEF
288. _DSC0139.JPG
289. _DSC0139.NEF
290. _DSC0140.JPG
291. _DSC0140.NEF
292. _DSC0141.JPG
293. _DSC0141.NEF
294. _DSC0142.JPG
295. _DSC0142.NEF
296. _DSC0143.JPG
297. _DSC0143.NEF
298. _DSC0144.JPG
299. _DSC0144.NEF
300. _DSC0145.JPG
301. _DSC0145.NEF
302. _DSC0146.JPG
303. _DSC0146.NEF
304. _DSC0147.JPG
305. _DSC0147.NEF
306. _DSC0148.JPG
307. _DSC0148.NEF
308. _DSC0149.JPG
309. _DSC0149.NEF
310. _DSC0150.JPG
311. _DSC0150.NEF
312. _DSC0151.JPG
313. _DSC0151.NEF

314. _DSC0152.JPG
315. _DSC0152.NEF
316. _DSC0153.JPG
317. _DSC0153.NEF
318. _DSC0154.JPG
319. _DSC0154.NEF
320. _DSC0155.JPG
321. _DSC0155.NEF
322. _DSC0156.JPG
323. _DSC0156.NEF
324. _DSC0157.JPG
325. _DSC0157.NEF
326. _DSC0158.JPG
327. _DSC0158.NEF
328. _DSC0159.JPG
329. _DSC0159.NEF
330. _DSC0160.JPG
331. _DSC0160.NEF
332. _DSC0161.JPG
333. _DSC0161.NEF
334. _DSC0162.JPG
335. _DSC0162.NEF
336. _DSC0163.JPG
337. _DSC0163.NEF
338. _DSC0164.JPG
339. _DSC0164.NEF
340. _DSC0165.JPG
341. _DSC0165.NEF
342. _DSC0166.JPG
343. _DSC0166.NEF
344. _DSC0167.JPG
345. _DSC0167.NEF
346. _DSC0168.JPG
347. _DSC0168.NEF
348. _DSC0169.JPG
349. _DSC0169.NEF
350. _DSC0170.JPG
351. _DSC0170.NEF
352. _DSC0171.JPG
353. _DSC0171.NEF
354. _DSC0172.JPG
355. _DSC0172.NEF
356. _DSC0173.JPG
357. _DSC0173.NEF
358. _DSC0174.JPG
359. _DSC0174.NEF

360. _DSC0175.JPG
361. _DSC0175.NEF
362. _DSC0176.JPG
363. _DSC0176.NEF
364. _DSC0177.JPG
365. _DSC0177.NEF
366. _DSC0178.JPG
367. _DSC0178.NEF
368. _DSC0179.JPG
369. _DSC0179.NEF
370. _DSC0180.JPG
371. _DSC0180.NEF
372. _DSC0181.JPG
373. _DSC0181.NEF
374. _DSC0182.JPG
375. _DSC0182.NEF
376. _DSC0183.JPG
377. _DSC0183.NEF
378. _DSC0184.JPG
379. _DSC0184.NEF
380. _DSC0185.JPG
381. _DSC0185.NEF
382. _DSC0186.JPG
383. _DSC0186.NEF
384. _DSC0187.JPG
385. _DSC0187.NEF
386. _DSC0188.JPG
387. _DSC0188.NEF
388. _DSC0189.JPG
389. _DSC0189.NEF
390. _DSC0190.JPG
391. _DSC0190.NEF
392. _DSC0191.JPG
393. _DSC0191.NEF
394. _DSC0192.JPG
395. _DSC0192.NEF
396. _DSC0193.JPG
397. _DSC0193.NEF
398. _DSC0194.JPG
399. _DSC0194.NEF
400. _DSC0195.JPG
401. _DSC0195.NEF
402. _DSC0196.JPG
403. _DSC0196.NEF
404. _DSC0197.JPG
405. _DSC0197.NEF

406. _DSC0198.JPG
407. _DSC0198.NEF
408. _DSC0199.JPG
409. _DSC0199.NEF
410. _DSC0200.JPG
411. _DSC0200.NEF
412. _DSC0201.JPG
413. _DSC0201.NEF
414. _DSC0202.JPG
415. _DSC0202.NEF
416. _DSC0203.JPG
417. _DSC0203.NEF
418. _DSC0204.JPG
419. _DSC0204.NEF

Fifteen records from AT&T bates labeled PH-ATT-01-00001.pdf through PH-ATT-JW-00014.txt

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

   I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

               By: */s/ Jacob J. Strain*
                 JACOB J. STRAIN
                 Assistant United States Attorney